No. 77–481. GREENE COUNTY PLANNING BOARD ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. 2d Cir. Motion of Pacific Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE STEWART would grant certiorari.

No. 77–681. TAX ANALYSTS & ADVOCATES ET AL. *v.* BLUMENTHAL, SECRETARY OF THE TREASURY, ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari. F. 2d 130.

No. 77–908. MADRY *v.* SOREL ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–740. GULF OIL CORP. ET AL. *v.* BOGOSIAN ET AL. C. A. 3d Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of this petition.

No. 77–802. NORTHWEST AIRLINES, INC. *v.* LAFFEY ET AL. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 77–904. SHULL *v.* DAIN, KALMAN & QUAIL, INC., ET AL. C. A. 8th Cir. Certiorari denied. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this petition.

No. 77–843. HENSLER *v.* NICHOLS. C. A. 7th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.